OFFICE OF DISCIPLINARY COUNSEL *v.* ROOT.

[Cite as Disciplinary Counsel *v.* Root (1990), 55 Ohio St. 3d 16.]

(No. 90-1092—Submitted July 31, 1990—Decided October 31, 1990.)

*J. Warren Bettis,* disciplinary counsel, for relator.

*Per Curiam.* Having failed to show cause why discipline should not be imposed upon him under Gov. Bar R. V(44), respondent is hereby disbarred from the practice of law in the state of Ohio.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.